

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00142-CV

---

The State of Texas for the Best Interest and Protection of J.J.

---

On Appeal from the Probate Court No. 2
Travis County, Texas
Trial Court No. C-1-MH-25-001595 J.J

---

## MEMORANDUM OPINION

On December 10, 2025, the Presiding Judge of Travis County Probate Court No. 2 signed an order in trial court cause number C-1-MH-25-001595, authorizing medication to be administered to Appellant pursuant to § 574.106 of the Texas Health and Safety Code. Tex. Health & Safety Code § 574.106(a). On December 19, 2025, Appellant filed a notice of appeal, appealing the trial court's December 10, 2025 order, issued in cause number C-1-MH-25-001595, to the Third Court of Appeals. The Third Court of Appeals assigned cause number 03-25-01021-CV to the appeal. The appeal was then transferred to this Court pursuant to the Texas Supreme Court's docket equalization efforts and assigned cause number 08-26-00050-CV. Tex. Gov't Code § 73.001.

On January 15, 2026, Appellant filed a second notice of appeal, which notice of appeal was filed directly in the Third Court of Appeals. In the second notice, Appellant once again sought to appeal from the trial court's December 10, 2025 order issued in trial court cause number C-1-MH-25-001595. The Third Court of Appeals opened a new case based on the second notice of appeal, and assigned the cause number 03-26-00051-CV. The Third Court of Appeals then transferred the second appeal to this Court pursuant to the Texas Supreme Court's transfer order. Tex. Gov't Code § 73.001. The Clerk of this Court assigned the newly transferred appeal cause number 08-26-00142-CV.[1]

Under Texas Rule of Appellate Procedure 12.2, "[a]ll notices of appeal filed in the same case must be given the same docket number." Tex. R. App. P. 12.2(c). Because both of Appellant's notices of appeal sought to appeal from the same trial court order issued in the same trial court case, we conclude that there should only be one appellate case arising from Appellant's appeal from the trial court's December 10, 2025 order. *See Farmers' & Merchants' Nat'l Bank v. Waco Elec. Ry. & Light Co.*, 34 S.W. 737, 738 (Tex. 1896) ("Two appeals in the same case do not make two cases. Here there was but on case in the appellate court, as there was in the trial court; and it should be so treated by the former court, whenever their attention is called to the fact."); *Fusion Indus., LLC v. Edgardo Madrid & Assoc., LLC*, 624 S.W.3d 843, 846 n.3 (Tex. App.—El Paso 2021, no pet.) (stating that it is the Court's policy to "treat notices of appeal relating to the same order or judgment being appealed as being part of the 'same case' for purposes of Rule 12.1(c)").

---

[1] This case was transferred pursuant to the Texas Supreme Court's docket equalization efforts. Tex. Gov't Code § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

We direct the Clerk of this Court to file a copy of all documents from cause number 08-26-00142-CV in cause number 08-26-00050-CV. We further order that all future pleadings and filings be filed in and bear only cause number 08-26-00050-CV.

Finally, the Court dismisses this appeal, docketed as cause number 08-26-00142-CV, for administrative purposes. *See Grossman v. City of El Paso*, No. 08-19-00277-CV, 2019 WL 6336405, at *1 (Tex. App.—El Paso Nov. 27, 2019, no pet.) (mem. op.).

MARIA SALAS MENDOZA, Chief Justice

June 26, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.